## DOTHARD v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Anniston City Court.

Heard before Hon. T. W. COLEMAN, Jr.

MERRILL & WALKER, for appellant. W. L. MARTIN, Attorney General, for the State.

EVANS, J.—The appeal is on the record proper, and it appears in all things regular. The cause is affirmed.

---

## KENNAMER v. THE STATE.

(Decided May 30, 1916.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—Appeal dismissed for failure to file record, the time for presenting bill of exceptions having expired.

---

## FRAZIER v. THE STATE.

(Decided May 18, 1916.)

APPEAL from Bessemer City Court.

Heard before Hon. J. C. B. GWIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—There is no bill of exceptions and the record is regular, and the cause is affirmed on the authority of *Cobb v. State,* 115 Ala. 18, and *Sanders v. State, infra,* 70 South. 949.

---

## SMYER v. THE STATE.

(Decided June 1, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—There is no error in the record, and the time for signing bill of exceptions having passed, the cause is affirmed.